# Third District Court of Appeal

## State of Florida

Opinion filed November 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1795
Lower Tribunal No. 20-657 A-K

_____

**Nicholas Blazevich,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction - Habeas Corpus.

Nicholas Blazevich, in proper person.

Ashley Moody, Attorney General, and David Llanes, Assistant Attorney General, for respondent.

Before HENDON, MILLER and GORDO, JJ.

PER CURIAM.

Following review of the petition and the response thereto, it is ordered that said petition is hereby dismissed as improper.  See Henry v. Santana, 62 So. 3d 1122, 1126 n.3 (Fla. 2011) ("The purpose of a habeas corpus proceeding is to inquire into the legality of the petitioner's present detention." (quoting Sneed v. Mayo, 69 So. 2d 653, 654 (Fla. 1954))); Patterson v. Christensen, 183 So. 18, 19 (Fla. 1938) ("Habeas corpus is not the proper proceeding in which to challenge venue . . . ."); King v. State, 695 So. 2d 1299, 1299 (Fla. 4th DCA 1997) ("[C]laims of ineffective assistance of trial counsel are not cognizable in a petition for habeas corpus . . . .").